1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT N. JOHNSON,                )
                                      )      2:08-cv-00762-GEB-EFB
12                 Plaintiff,         )
                                      )
13           v.                       )      ORDER CONTINUING STATUS
                                      )      (PRETRIAL SCHEDULING)
14   AA&A FUELS, INC., et al.,        )
                                      )
15                 Defendants.        )
                                      )
16   _____)

17          Plaintiff states in his Status Report filed August 5, 2008,

18   that defendants were served on May 27, 2008, and have not yet

19   responded to the Complaint.  Plaintiff failed to state when the action

20   would be prosecuted if it is prosecuted as a default action.  Since no

21   such deadlines have been proposed, and it is contemplated under Rule

22   16 that such a deadline be prescribed as soon as practicable,

23   Plaintiff shall do what is required for him to file a motion for

24   default judgment within 45 days after this Order is filed.  If

25   Plaintiff fails to do so, this action may be dismissed for failure to

26   prosecute.

27          The status (pretrial scheduling) conference scheduled in

28   this case for August 18, 2008, is rescheduled to commence at 9:00 a.m.

on October 27, 2008.  Plaintiff shall file a status report no later than fourteen days prior to the rescheduled status conference, in which Plaintiff is only required to explain the status of the default issue, unless a defendant has responded to plaintiff's Complaint.

<u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court, good cause having been shown.

Dated:  August 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge